**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **TERRENCE K. NEWTON, SR.** | * | CIVIL DOCKET NO. |
| | * | |
| | * | SECTION: BATON ROUGE |
| **VERSUS** | * | |
| | * | JUDGE: |
| **CANADIAN NATIONAL RAILWAY** | * | |
| | * | MAG: |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PETITION FOR WRONGFUL TERMINATION AND**
**FOR BENEFITS, PROTECTIONS AND DAMAGES**

NOW INTO COURT, through undersigned counsel, comes Petitioner, TERRENCE K. NEWTON, SR. a competent major who resides in the Parish of East Baton Rouge, State of Louisiana, hereinafter referred to as "Petitioner", who respectfully represents the following:

1.

The following parties are made Defendants herein:

1. **CANADIAN NATIONAL RAILWAY COMPANY,** a foreign corporation registered to transact business and transacting business in the State of Louisiana, which may be served through its agent for service of process, CT Corporation System, 3867 Plaza Tower Dr. Baton Rouge, LA 70816

2.

The DEFENDANT is liable unto the Petitioner, for breaching the applicable standard of care in causing injury to the Petitioner, TERRENCE NEWTON SR., and all actions herein whether constituting action and/or inaction caused and/or contributed to the injury of TERRENCE NEWTON SR., as set forth herein.

3.

The Petitioner alleges that the Defendant has acted beyond the course and scope of its employment duties, whenever it participated in racial discrimination and disparate treatment of the Petitioner.

4.

The Petitioner, TERRENCE NEWTON, was employed by Defendant, CANADIAN NATIONAL RAILWAY, between the years of 2006-2019. The most recent job title, that the Petitioner, TERRENCE NEWTON held was "Foreman". The Petitioner, TERRENCE NEWTON, was primarily employed out of the office located in Baton Rouge, Louisiana. During the course of the Petitioner's employment by Defendant, CANADIAN NATIONAL RAILWAY, he diligently fulfilled his job duties, however, he was yet subjected to constant ridicule from his superiors and was treated disparately from other CANADIAN NATIONAL RAILWAY employees by his supervisors. While employed by Defendant, CANADIAN NATIONAL RAILWAY, the Petitioner, TERRENCE NEWTON SR. was also the subject of retaliatory tactics implemented by his employer, more specifically, he was denied advancement opportunities which came directly as a result of a written statement by the Petitioner, regarding a noose that he witnessed hanging on the company's premises.

5.

The incident forming the basis of the Petitioner's termination occurred on or about May 6, 2019. While engaging in the course and scope of his employment, the Petitioner, TERRENCE NEWTON SR. pulled the train which he was operating into a switch and there was an error with

respect to cancelling his authority. As a result, the Defendant, CANADIAN NATIONAL RAILWAY, conducted an investigation, and placed him out of service for thirty (30) days. During the pendency of the investigation, the Petitioner, TERRENCE NEWTON SR. was not paid any sums from the defendant, CANADIAN NATIONAL RAILWAY. After the conclusion of the investigation, the Petitioner, TERRENCE NEWTON SR. was terminated by his employer CANADIAN NATIONAL RAILWAY. To the contrary, similarly situated employees who are not in a protected class and who held job titles similar to the Petitioner, TERRENCE NEWTON, committed infractions during this period of time that were more detrimental to the Defendant than the Petitioner's infraction. Said employees, likewise, had a more substantial disciplinary history with respect to their employment with Defendant, CANADIAN NATIONAL RAILWAY, yet during said infractions and investigation periods they were compensated while they were taken out of service, and were allowed to maintain their employment with CANADIAN NATIONAL RAILWAY, therefore clearly constituting disparate treatment.

6.

The Petitioner is entitled to benefits, protections and damages pursuant to La. R.S. 23:302, 23:303, and 23:332, et seq. The Petitioner is likewise entitled to benefits, protections and damages pursuant to Title VII of the Civil Rights Act of 1964, and 42 U.S.C § 2000e-2(a), as well as reasonable attorney's fees and penalties where applicable under law.

7.

Petitioner has provided sufficient evidence to establish proof of prima facie case for Racial Discrimination for the foregoing reasons:

1. Petitioner is a member of a protected class;
2. Petitioner was sufficiently qualified with respect to his employment position;

    3. On, Petitioner faced adverse employment action as he was terminated;

    4. Petitioner was replaced by an individual who was not a member of a protected class.

8.

As a result of the above-described actions of the Defendants, Petitioner suffered and continues to suffer the following damages, to wit:

    1)    Mental pain, anguish, and distress, past, present and future;

    2)    Medical expenses, past, present and future;

    3.)    Past, present, and future loss of earnings;

    5)    Past, present, and future loss of opportunity;

    6.)    Loss of enjoyment of life;

    7.)    Depression;

    8.)    Household expenses; and

    9.)    Any and all other damages, which shall be provided following discovery and upon the trial of this matter.

9.

Undersigned counsel specifically pleads his right to attorney's fees as authorized by the Civil Rights Attorneys Fees Awards Act of 1976 (amending Title 42 U.S.C. Sec. 1988) for their actions enforcing Sections 1981, 1983, 1985 (3), 1986, 1988 of title 42 of the United States Code.

WHEREFORE, Petitioner prays:

1) That copies of the Petition together with citation, be issued and served in accordance with law, on the Defendants;

2) After the lapse of legal delays and due proceedings had, there be judgment against the defendants and in favor of Petitioner, in such amounts as are reasonable under the premises;

3) For all necessary orders and decrees as may be required or proper for full general, and equitable relief;

4) For all legal interest from the date of judicial demand on all amounts awarded and costs of these proceedings, further for any and all costs recoverable under La R.S. 13:4533 and R.S. 13:3666.

          Respectfully submitted,

          **ELSEY, MORGAN, & ASSOCIATES, LLC**
          *(A Limited Liability Company)*

          BY:/s/ Derek E. Elsey
          **DEREK E. ELSEY (#36844)**
          21847 Plank Road
          Post Office Box 1338
          Zachary, Louisiana 70791
          Telephone: (225) 225-939-1511
          Facsimile: (225)306-4017
          E-mail: derek@elseymorganlaw.com

**PLEASE SERVE:**

1. **Canadian National Railway Company**
   (Through its Registered Agent for Service)
   CT Corporation System
   3867 Plaza Tower Dr. Baton Rouge, LA 70816